UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D'AMONTE BROWN,<br><br>                    Plaintiff,<br><br>     -against-<br><br>JP MORGAN CHASE & CO; JP MORGAN CHASE.COM,<br><br>                    Defendants. | 23-CV-2775 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 3, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 3, 2023
         New York, New York

                                                        /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                                       Chief United States District Judge